UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re DAVID J. ALPERT, and<br>　　　PAMELA VON HADEN-ALPERT<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 19-21057 |

## NOTICE OF APPEAL OF ORLANDO RESIDENCE LTD.

Orlando Residence, Ltd. ("ORL") a creditor, by and through its undersigned attorneys, hereby appeals, under 28 U.S.C. 158(a), from the December 13, 2019 oral ruling [Docket No. 174] and December 16, 2019 Court Minutes and Order [Docket No. 178] regarding the objection of the Debtors to claim number 7 of ORL.

The names of the parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

**A) Orlando Residence Ltd.**　　　　Represented by:

　　　　　　　　　　　　　　　　　Mallery & Zimmerman, S.C.
　　　　　　　　　　　　　　　　　731 North Jackson Street, Suite 900
　　　　　　　　　　　　　　　　　Milwaukee, Wisconsin 53202
　　　　　　　　　　　　　　　　　Tel:　414-271-2424
　　　　　　　　　　　　　　　　　Fax:　414-271-8678
　　　　　　　　　　　　　　　　　arobinson@mzmilw.com
　　　　　　　　　　　　　　　　　Attention: Andrew Robinson

　　　　　　　　　　　　　　　　　and

　　　　　　　　　　　　　　　　　Leader, Bulso & Nolan, PLC
　　　　　　　　　　　　　　　　　414 Union Street, Ssuite 1740
　　　　　　　　　　　　　　　　　Nashville, Tennessee 37219
　　　　　　　　　　　　　　　　　Tel: 615-780-4110
　　　　　　　　　　　　　　　　　Fax: 615-780-4118
　　　　　　　　　　　　　　　　　gbulso@leaderbulso.com
　　　　　　　　　　　　　　　　　Attention: Gino Bulso

**B) David J. Alpert and
   Pamela Von Haden-Alpert**      Represented by:

Steinhilber Swanson LLP
107 Church Avenue
Oshkosh, Wisconsin 54901
Tel: 920-235-6690
Fax: 920-426-5530
pswanson@steinhilberswanson.com
Attention: Paul Swanson

Respectfully submitted this 20th day of December 2019

                                               MALLERY & ZIMMERMAN, S.C.
                                               Attorneys for Orlando Residence Ltd.

MALLERY & ZIMMERMAN, S.C.
Suite 900                                    By:    /s/ Andrew Robinson
731 North Jackson Street                            Andrew Robinson
Milwaukee, Wisconsin 53202-4697
telephone: 414-271-2424
facsimile: 414-271-8678
e-mail: arobinson@mzmilw.com