# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
www.wied.uscourts.gov

January 23, 2020

Andrew H Robinson
Mallery & Zimmerman SC
731 N Jackson St - Ste 900
Milwaukee, WI 53202-4697

Paul G Swanson
Steinhilber Swanson LLP
107 Church Ave
PO Box 617
Oshkosh, WI 54903-0617

Re: Orlando Residence Ltd vs Alpert, et al.
Case No. 19-CV-1872

Dear Counsel:

The record on appeal in the above captioned matter was filed in this Court on January 21, 2020.

The time limits set forth in Bankruptcy Rule 8018 will apply beginning with the date of this letter. You will receive no further notice from this office regarding the time limits for the filing of briefs.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

s/ V. Kelly Barton Terry
Deputy Clerk